DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| LLC WHOLESALE SUPPLY, L.L.C., | 2:11-CV-01474-JCM-RJJ |
| PLAINTIFF, | **United States' Motion for Extension of Time** |
| VS. | |
| UNITED STATES | |
| DEFENDANT. | |

      The United States, by and through the undersigned, respectfully requests that the Court grant a two (2) week extension to file a response to Plaintiff LLC Wholesale Supply, LLC's ("Wholesale Supply") Motion for Return of Property ("Plaintiff's Motion") (Doc. No. 1).  A response currently is due September 30, 2011.

**Points and Authorities**

      In January 2011, United States Magistrate Judge Peggy Leen authorized the search and seizure of items from FMC/Drogueria De La Villa, 4145 Wagon Trail Avenue in Las Vegas, pursuant to a written search warrant.  As alleged in the search warrant affidavit, the request for the search warrant arose out of two consolidated investigations by the Food and Drug Administration - Office of Criminal Investigations ("FDA-OCI") relating to a large scale drug diversion operation out of multiple locations in Ponce, Puerto Rico, Arecibo, Puerto Rico, Knoxville, TN, Las Vegas, NV, and Tempe,

AZ.  Agents obtained and executed search warrants in these districts simultaneously.

Counsel for the United States understands that beginning in late July or early August 2011, the owners of the locations searched filed motions for return of property pursuant to Rule 41(f) in each of the districts in which a search was executed.  The District of Puerto Rico, one of the districts in which this investigation emanated, has taken responsibility for coordinating the response to these motions.  The District of Nevada is uninvolved in this investigation other than assisting with the search warrant here.

Yesterday, attorneys with the criminal division of the United States Attorney's Office found out about the Plaintiff's Motion for the first time.  They promptly reached out to attorneys in the District of Puerto Rico, who confirmed that they intend on preparing a response to Plaintiff's Motion, but would like a brief continuance in order to review the positions taken.  Accordingly, the United States respectfully requests that the Court grant a two (2) week extension to respond to Plaintiff's Motion.

## Conclusion

For all of the foregoing reasons, the United States respectfully requests that the Court GRANT a two (2) week extension for the United States to respond to Plaintiff's Motion.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/  Crane M. Pomerantz
CRANE M. POMERANTZ
Assistant United States Attorney

Dated: September 28, 2011.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2